# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL CANDA,<br>      Petitioner<br>      v.<br>RANDY TEWS, WARDEN,<br>      Respondent. | Case No. EDCV 15-2011-SJO (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Motion And Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice as moot.

DATED: March 9, 2016.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE